

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00578-CV

**IN RE** Raymond Payton **TAYLOR**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  September 30, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On September 15, 2015, relator Raymond Payton Taylor filed a petition for writ of mandamus complaining of the trial court's order granting a defendant's motion to sever in the underlying personal injury cause of action. The court has considered relator's petition and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-05326, styled *Raymond Payton Taylor v. Wanda Swim and Jamie Hogue*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.